| OUR LADY OF THE WAYSIDE INC | 37665 DETROIT RD | AVON OH 44011 | Pay Date: 09/09/2011 |
|---|---|---|---|
| EE # 3893 CLAUDETTE J. SMITH | EEID 1371-4957-1285-508 | DEPT # 6621 | Direct Deposit Receipt: 1030821575 Period: 08/14/2011 to 08/27/2011 |

| EARNING | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 8.50 | 47.25 | 401.63 | 668.75 | 5,595.10 | | | | FITWH | 17.86 | 297.22 | |
| OT | | | | 43.50 | 554.62 | | | | MED | 5.82 | 89.66 | |
| Retro | | | | | 32.44 | | | | SOC | 16.87 | 259.66 | |
| | | | | | | | | | OH | 3.58 | 72.86 | |
| | | | | | | | | | OHAVO | 7.03 | 108.18 | FITWH S 1 OH S 1 |
| | TOTALS | 47.25 | 401.63 | 712.25 | 6,182.16 | | | | | 51.16 | 827.58 | NET 350.47 |

FOLD AND REMOVE

FOLD AND REMOVE

paycor®

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

**OUR LADY OF THE WAYSIDE INC**
37665 DETROIT RD

AVON OH 44011

Direct Deposit Receipt # 1030821575

Date 09/09/2011

Pay this Amount

| ** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT ** | VOID ** VOID ** |
|---|---|

DIRECT DEPOSIT $35[illegible].47
TO ACCOUNT # XXXXX2183
BANK # XXXXX0124

Pay to the
Order of

6621 **DD**

**CLAUDETTE J SMITH**
2078 N TAYLOR RD
CLEVELAND OH 44112

**NON-NEGOTIABLE**

VOID VOID VOID

OUR LADY OF THE WAYSIDE INC 37665 DETROIT RD AVON OH 44011 Pay Date: 09/23/2011

EE # 3893 CLAUDETTE J. SMITH EEID 1371-4957-1285-508 DEPT # 6621 Direct Deposit Receipt: 1031199166 Period: 08/28/2011 to 09/10/2011

| EARNING | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 8.50 | 27.00 | 229.50 | 695.75 | 5,824.60 | | | | FITWH | 0.64 | 297.86 | |
| OT | | | | 43.50 | 554.62 | | | | MED | 3.33 | 92.99 | |
| Retro | | | | | 32.44 | | | | SOC | 9.64 | 269.30 | |
| | | | | | | | | | OH | 1.38 | 74.24 | |
| | | | | | | | | | OHAVO | 4.02 | 112.20 | FITWH S 1<br>OH S 1 |
| TOTALS | | 27.00 | 229.50 | 739.25 | 6,411.66 | | | | | 19.01 | 846.59 | NET 210.49 |

FOLD AND REMOVE

paycor®

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other securtiy features are listed on back.

**OUR LADY OF THE WAYSIDE INC**
37665 DETROIT RD
AVON OH 44011

Direct Deposit Receipt # 1031199166
Date 09/23/2011

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT ** VOID ** VOID **

DIRECT DEPOSIT [redacted]
TO ACCOUNT # XX[redacted]2183
BANK # XXXXX0124

Pay to the Order of 6621 **DD**

**CLAUDETTE J SMITH**
2078 N TAYLOR RD
CLEVELAND OH 44112

**NON-NEGOTIABLE**

| OUR LADY OF THE WAYSIDE INC | 37665 DETROIT RD | AVON OH 44011 | Pay Date: 10/07/2011 |
|---|---|---|---|
| EE # 3893 CLAUDETTE J. SMITH | EEID 1371-4957-1285-508 DEPT # 6621 | Direct Deposit Receipt: 1031583719 | Period: 09/11/2011 to 09/24/2011 |

| EARNING | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 8.50 | 20.75 | 176.38 | 716.50 | 6,000.98 | | | | FITWH | | 297.86 | |
| OT | | | | 43.50 | 554.62 | | | | MED | 2.56 | 95.55 | |
| Retro | | | | | 32.44 | | | | SOC | 7.41 | 276.71 | |
| | | | | | | | | | OH | 0.97 | 75.21 | |
| | | | | | | | | | OHAVO | 3.09 | 115.29 | FITWH S 1<br>OH S 1 |
| TOTALS | | 20.75 | 176.38 | 760.00 | 6,588.04 | | | | | 14.03 | 860.62 | NET 162.35 |

FOLD AND REMOVE

FOLD AND REMOVE

paycor®

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other securtiy features are listed on back.

**OUR LADY OF THE WAYSIDE INC**
37665 DETROIT RD

AVON OH 44011

Direct Deposit Receipt # 1031583719
Date 10/07/2011

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T D E P O S I T R E C E I P T ** | VOID ** VOID **

Pay to the
Order of

6621 DD

**CLAUDETTE J SMITH**
2078 N TAYLOR RD
CLEVELAND OH 44112

DIRECT DEPOSIT $162.35
TO ACCOUNT # XXXXX2183
BANK # XXXXX0124

**N O N - N E G O T I A B L E**

| OUR LADY OF THE WAYSIDE INC | 37665 DETROIT RD | AVON OH 44011 | Pay Date: 10/21/2011 |
|---|---|---|---|
| EE # 3893 CLAUDETTE J. SMITH | EEID 1371-4957-1285-508 DEPT # 6621 | Direct Deposit Receipt: 1031954164 | Period: 09/25/2011 to 10/08/2011 |

| EARNING | RATE | HOUR/UNIT | CURRENT $ | YTD HR/UNIT | YTD $ | DEDUCTION | CURRENT $ | YTD $ | TAX | CURRENT $ | YTD $ | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 8.50 | 12.50 | 106.25 | 729.00 | 6,107.23 | | | | FITWH | | 297.86 | |
| OT | | | | 43.50 | 554.62 | | | | MED | 1.54 | 97.09 | |
| Retro | | | | | 32.44 | | | | SOC | 4.46 | 281.17 | |
| | | | | | | | | | OH | 0.52 | 75.73 | |
| | | | | | | | | | OHAVO | 1.86 | 117.15 | |
| | | | | | | | | | | | | FITWH S 1 |
| | | | | | | | | | | | | OH S 1 |
| | TOTALS | 12.50 | 106.25 | 772.50 | 6,694.29 | | | | | 8.38 | 869.00 | NET 97.87 |

FOLD AND REMOVE

paycor®

FOLD AND REMOVE

DO NOT ACCEPT THIS CHECK without confirming presence of Artificial Watermark on back. Other security features are listed on back.

**OUR LADY OF THE WAYSIDE INC**
37665 DETROIT RD

AVON OH 44011

Direct Deposit Receipt # 1031954164

Date 10/21/2011

Pay this Amount

| ** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT ** | VOID ** VOID ** |
|---|---|

DIRECT DEPOSIT $97.87
TO ACCOUNT # XXXXXX2183
BANK # XXXXXX0124

Pay to the Order of 6621 DD

**CLAUDETTE J SMITH**
2078 N TAYLOR RD
CLEVELAND OH 44112

**NON-NEGOTIABLE**

VOID VOID VOID